**No. 52649.**—New York Commercial Agency v. United States, protest 136624–K (New York).

Opinion by EKWALL, J. An examination of the record disclosing nothing that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

**No. 52650.**—Dextar Fur Corp. et al. v. United States, protests 104220–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 4, 1948

**No. 52651.**—China Importing Co. et al. v. United States, protests 72851–K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of mah jong sets, artificial ivory figures, and other articles composed of synthetic resin similar in all material respects to the articles which were the subject of Abstracts 51306 and 51959. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 52652.**—George Borgfeldt Corp. et al. v. United States, protests 135063–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.